UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, et. al.
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED
                    PLAINTIFF(S),
V.

MARK ZUCKERBERG; META; FACEBOOK; WHAT'S APP;
FEDERAL COMMUNICATIONS COMMISSION (FCC);
INTERNAL REVENUE SERVICES (IRS). et. al.,
DEFENDANT(S)

CASE NO.

IN HIS AND HER INDIVIDUAL(S)
AND OFFICIAL CAPACITIES

"COMPLAINT"

1) JURISDICTION & VENUE:
3 USCS 281; 28 USCA 960.(a), 1656., 1642, 1695, 1731, 1732., 1741.; 51 USCS 10101.(1)(2), 20102.
(91(b), 20131; TELECOMMUNICATIONS ACT OF 1996, ETC.

2) DEFENDANT(S):
MARK ZUCKERBERG; META; FACEBOOK; WHAT'S APP; FEDERAL COMMUNICATIONS
COMMISSION (FCC); INTERNAL REVENUE SERVICES (IRS). et. al.,

3) PLAINTIFF(S):
UNITED STATES OF AMERICA, et. al., ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

4) FACTS

IN THE MONTH AND YEAR OF JUNE OR JULY OF 2023, MARK ZUCKERBERG, ELON MUSK, MEDIA, NEWS, ETC. HAD A CONTEST, CHALLENGE, BET, ETC. WORLDWIDE MUSK VS. ZUCKERBERG. I PUT TOWARDS IN APRIL AND MAY OF 2023 $200,000,000,000.00 A PIECE FOR META, FACEBOOK, INSTAGRAM, SPACE X, GOOGLE, BYTEDANCE AND INTERCONTINENTAL EXCHANGE WITH $486,000,000,000.00 A PIECE FOR VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER IN CIRCULATIONS, ETC. UNDER CUSTOMERS PROTECTION ACT, ETC. NOW, MARK ZUCKERBERG HAS PLATFORM CALLED; "THREADS" AND ELON MUSK MADE IT PUBLIC OR PRIVATE THAT MARK ZUCKERBERG, ETC. WAS CHEATING WITH THE NEW APP CALLED; "THREADS", META, FACEBOOK, WHAT'S APP, ETC. AND A LOT OF DETAILS WAS WITHHELD FROM AND I BECOME UNCONSCIOUS, MISLEAD, ETC. THROUGH THE CONTEST, PURCHASE, INVESTMENTS, PUBLIC AND PRIVATE AFFAIRS, ETC. 26 USCS 6802.(2), 6803.(a)(b), 6806., 1017.(3)(c); 12 USCS 635. et. seq., 626, 604, 225A. —(EXHIBIT) #A

5) LEGAL CLAIMS:
BLUESKY LAW, INVESTMENT ADVISOR(S) ACT OF 1940, INVESTMENT COMPANY ACT OF 1940, MARK-TO-MARKET ACCOUNTINGS, ONE PRICE LAW, 35 USCS 281; 28 USCA 960.(a), 1656., 1642, 1695, 1731, 1732, 1741.; 51 USCS 10101.(1)(2), 20102.(a)(b), 20131; TELECOMMUNICATION ACT OF 1996; AMERICANS WITH DISABILITIES ACT OF 1940; UNIFORM PARTNERSHIP ACT, COMMUNITY REINVESTMENT ACT, REVENUE ACT OF 1913, 28 USCA 2007.(a)(b); SECOND CHANCE ACT OF 2007

U.S. CONSTITUTION AMENDMENT #16, 24; U.C.C. 1-202, 1-203, 1-208, 2-294, 2-801.; UNIVERSAL LAWS, BLANKET BONDS, COMMON CARRIERS, UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE #1-29., ETC. U.S. CONSTITUTION AMENDMENT #7, 8 - UNWANTED AND CONFLICTED PAIN. 28 USCA 511

6) PRAYER FOR RELIEF:

A) PLAINTIFF(S) WOULD LIKE NUMBERS #1-6 ADDRESSED IN THE COMPLAINT

B) 28 USCA 511, 960.(a), 1656, 1692, 1695, 1731, 1732, 1741, 2007.(a)(b)

C) PLAINTIFF(S) CAN APPLY $21,315,500,000,000.00 AS LEVERAGE, ETC. UNDER MY TAX FORM(S), ETC. 28 USCA 960.(a), 26 USCS 6802.(2), 6803.(a)(b), 6806., 1017.(3)(c) –

DATE: 8/2/2023

RESPECTFULLY SUBMITTED,

[signature]

KING/SUI JURIS/PROXY/DEJURE GOVERNMENT/MONARCHISM, ETC.
JAMES D. LEWIS A.K.A. JAMES OBAMA, B-52327, 2600 NORTH BRINTON AVE. DIXON, IL 61021-9532
(815) 288-5561 FOR LEGAL CALLS OR VISITS –

PURSUANT TO 28 USC 1746, 18 USC 1621, 735 ILCS 5/109, I DECLARE, UNDER THE PENALTY OF PERJURY, ETC.

EXHIBIT #A

28 USCA 960.(a), 1352., 1656., 1692., 1695., 1731., 1732., 1741. —

1) $200,000,000,000.00 FOR META IN CIRCULATION, ETC.

2) $200,000,000,000.00 FOR FACEBOOK IN CIRCULATION, ETC.

3) $200,000,000,000.00 FOR INSTAGRAM IN CIRCULATION, ETC.

4) $200,000,000,000.00 FOR SPACEX IN CIRCULATION, ETC.

5) $200,000,000,000.00 FOR GOOGLE IN CIRCULATION, ETC.

6) $200,000,000,000.00 FOR BYTEDANCE IN CIRCULATION, ETC.

7) $200,000,000,000.00 FOR INTERCONTINENTAL EXCHANGE IN CIRCULATION, ETC.

8) $200,000,000,000.00 FOR WHATSAPP IN CIRCULATION, ETC.

✓ 26 USCS 6802.(2), 6803.(a)(b), 6806., 1017.(3)(c), 6801.(a)(b) —
✓ MARK-TO-MARKET ACCOUNTINGS, ONE PRICE LAW, ETC.

✓ U.C.C. 1-201.(1)(2)(4)(5)(7)(12)(13)(14)(18)(19)(20)(21)(24)(25)(a)(b)(32)(34)(38)(39)(45)(46); 1-202., 1-203., 2-105.(6)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, et.al,
PLAINTIFF(S)

V.

MARK ZUCKERBERG; META; FACEBOOK; WHAT'SAPP.
FEDERAL COMMUNICATIONS COMMISSION (FCC);
INTERNAL REVENUE SERVICES (IRS). et.al,
DEFENDANT(S)

CASE NO.

IN HIS AND HER INDIVIDUAL(S)
AND OFFICIAL CAPACITIES

NOTICE OF FILING/PROOF OF SERVICE

TO: U.S DISTRICT COURTHOUSE, CLERK'S OFFICE
450 GOLDEN GATE AVE.
P.O. BOX 36060
SAN FRANCISCO, CA 94102

TO: NATIONAL AERONAUTICS AND SPACE ADMINI-
STRATION, C/O ADMINISTRATION OFFICE, ETC.
300 E STREET, SW, SUITE 5R30 - WASHINGTON, DC 20546 www.nasa.gov

TO: DEPARTMENT OF JUSTICE
C/O OFFICE OF DISABILITIES, U.S. ATTORNEY
GENERAL
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530
www.justice.gov

I ATTACHED PARTY ON 8/2/2023 PLACED IN U.S. POSTAL SERVICE AT DIXON CORRECTIONAL CENTER TO ABOVE PARTIES "COMPLAINT", UNDER 35 USCS 281; 28 USCA 960.(W), 1656, 1692, 1695, 1731, 1732, 1741.; 51 USCS 10101.(1)(2), 20102.(4)(b), 20131; TELECOMMUNICATIONS ACT OF 1996, ETC.

PURSUANT TO 28 USC 1746, 18 USC 1621, 735 ILCS 5/109, I DECLARE, UNDER THE PENALTY OF PERJURY, ETC.

DATE: 8/2/2023

/s/ 2———206
KING/SUI JURI/PROXY/DE JURE GOVERNMENT/
MONARCHISM, ETC. JAMES D. LEWIS A.K.A.
JAMES OBAMA, B-52327, 2600 NORTH
BRINTON AVE.- DIXON, IL 61021-9532
(815) 288-5561 FOR LEGAL CALLS OR VISITS