JAMES D. LEWIS
A.K.A. JAMES OBAMA
B-52327
2600 NORTH BRINTON AVE,
DIXON IL 61021-9532
KB

LEGAL MAIL

RECEIVED
AUG 07 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
94102—3465999

THIS CORRESPONDE[NCE] [IS] FR[OM] [AN]
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 61021
02 7W $ 000.63°
0000828279 AUG 03 2023

U.S. DISTRICT COURTHOUSE,
CLERK'S OFFICE
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO, CA 94102

