UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dear _____Mr. Lewis_____:

Your action has been filed as civil case number:_____.

The fee for filing any civil action other than a petition for a writ of habeas corpus is $402 ($350 filing fee plus $52 administrative fee), to be paid at the time of filing.  If you are unable to pay the full fee at this time, you may petition the court to proceed *in forma pauperis* by signing and completing this court's Prisoner's Application and Declaration to Proceed *In Forma Pauperis*.  Even if you are granted leave to proceed *in forma pauperis*, you must still pay the $350 filing fee (not the $52 administrative fee), but the filing fee will be taken out of your prisoner account in installments.

**Your civil action is deficient because you did not pay the $402 fee and:**

1.   ☒   **You did not file an *in forma pauperis* application.**

2.   ☐   **The *in forma pauperis* application you submitted is insufficient because:**

    ☐   You did not submit the proper form.

    ☐   You did not complete the form in its entirety._____.

    ☐   You did not sign your application.

    ☐   You did not submit a **Certificate of Funds in Prisoner's Account** completed and signed by an authorized officer at your correctional facility.

    ☐   You did not submit a copy of your **prisoner trust account statement** showing transactions for the last six months.

    ☐   Other _____.

**Please correct the deficiency or deficiencies noted above.**

☒   A blank Prisoner's Application and Declaration to Proceed *In Forma Pauperis* is enclosed.
☐   A copy of your incomplete or unsigned application is enclosed or attached.
☒   A postage-paid return envelope is enclosed.
☐   Your facility participates in our Prison Email Filing Program, which requires case-opening documents in civil rights actions to be filed by email.  Please present your completed *in forma pauperis* application to designated staff at your facility to be scanned and emailed to the court.

**WARNING: You Must Respond to this Notice.**
If you do not respond within 28 DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the fee will become due immediately.  Filing a Prisoner's Application and Declaration to Proceed *In Forma Pauperis* will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
MARK B. BUSBY, Clerk,

By___*Cindy Hernandez*___, Deputy Clerk

*Revised 4/6/2023*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING AN APPLICATION TO PROCEED**

***IN FORMA PAUPERIS* BY A PRISONER UNDER 28 U.S.C. § 1915**

You must submit to the court a completed Prisoner's Application to Proceed *In Forma Pauperis* if you are unable to pay the entire filing fee at the time you file your complaint or petition. The court will consider as part of your application the transactions in your prison trust account statement for the last six months. If you are housed at a California Department of Corrections and Rehabilitation (CDCR) facility, the court's application form includes your authorization for CDCR to provide a certified copy of your trust account statement directly to the court. But if you are housed at a non-CDCR facility (such as a local jail), you must have your institution complete the certification at the end of the application form and attach a certified copy of your trust account statement.

A.   **Civil Actions other than Habeas Actions**

The fee for filing any civil action other than a petition for a writ of habeas corpus is $402 ($350 filing fee plus a $52 administrative fee). If you are not granted leave to proceed *in forma pauperis*, you must pay the $402 fee in one payment.

If you are granted leave to proceed *in forma pauperis*, you must still pay the $350 filing fee (not the $52 administrative fee), but the filing fee will be paid in several installments. You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the six-month period immediately before the complaint was filed. The court will use the information provided on your trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10) in your account, you will not be required to pay part of the filing fee that month.

***If your application to proceed* in forma pauperis *is granted, you will be liable for the full $350 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid.***

B.   **Habeas Actions**

The fee for filing a petition for a writ of habeas corpus is $5 ($5 filing fee plus $0 administrative fee). If you are granted leave to proceed *in forma pauperis*, you will not be required to pay any portion of this fee. If you are not granted leave to proceed *in forma pauperis*, you must pay the fee in one payment and not in installments.

***If you use a habeas form to file a civil action other than a habeas action, you will be required to pay the fee applicable to civil actions other than habeas actions.***

*Prisoner IFP, rev. 4/6/2023*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER _____

Plaintiff,

v.

**PRISONER'S APPLICATION AND DECLARATION TO PROCEED IN FORMA PAUPERIS**

Defendant(s).

I, (print your name) _____, declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following questions:

1. Are you presently employed in prison? ☐ Yes  ☐ No

    The number of hours you work per week: _____ The hourly rate of pay: _____

2. For the past twelve months, list the amount of money you have received from any of the following sources.

    a. Business, profession or self-employment         $ _____
    b. Income from rent, interest or dividends         $ _____
    c. Pensions, annuities or life insurance payments  $ _____
    d. Disability, Social Security or other government source  $ _____
    e. Gifts or inheritances                           $ _____
    f. Describe any other source of income: _____  $ _____

3. List the amount for each of the following (include prison account funds):

    Cash on hand $ _____   Checking account $ _____   Savings account $ _____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    If Yes, describe the property and state its approximate value:

☐ Yes _____  $ _____

☐ No

*Prisoner IFP, rev. 4/6/2023*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5. Do you have any other assets?

   If Yes, list the asset(s) and the approximate value:

   ☐ Yes

   ☐ No

   $ _____

6. Does anyone depend upon you for financial support?

   If Yes, state their relationship to you, and indicate how much you contribute towards their support each month. Use initials (not names) to refer to minor children.

   ☐ Yes

   ☐ No

   $ _____

***This form must be dated and signed below for the court to consider your application.***

   I hereby authorize the institution having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the court. Additionally, once eligibility is established, I further authorize the institution having custody of me to collect from my trust account and forward to the court payments in accordance with 28 U.S.C. § 1915(b)(2).

_____        _____        _____
Signature of Plaintiff/Petitioner                 Inmate Number                        Date

---

**CERTIFICATION FOR PRISONERS *NOT* IN CDCR CUSTODY**

CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT
(to be completed by authorized officer)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing the transactions of _____ for the last six months at
                                        PRISONER'S NAME
_____, where (s)he is confined.
      NAME OF NON-CDCR INSTITUTION

_____        _____        _____
Signature of Authorized Officer             Officer's Name (printed)                Date

*Prisoner IFP, rev. 4/6/2023*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

1 of 2

UNITED STATES OF AMERICA, et. al.
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED
        PLAINTIFF(S),

V.

MARK ZUCKERBERG; META; FACEBOOK; WHAT'S APP;
FEDERAL COMMUNICATIONS COMMISSION (FCC);
INTERNAL REVENUE SERVICES (IRS), et. al.,
        DEFENDANT(S)

CASE NO.

IN HIS AND HER INDIVIDUAL(S)
AND OFFICIAL CAPACITIES

**COPY**
Original Received 8/7/2023
USDC CAND SF

"COMPLAINT"

1) JURISDICTION & VENUE:
3 USCS 281; 28 USCA 960.(a), 1656., 1642, 1695, 1731, 1732., 1741.; 51 USCS 10101.(1)(a), 20602, (91(b), 20131; TELECOMMUNICATIONS ACT OF 1996, ETC.

2) DEFENDANT(S):
MARK ZUCKERBERG; META; FACEBOOK; WHAT'S APP; FEDERAL COMMUNICATIONS COMMISSION (FCC); INTERNAL REVENUE SERVICES (IRS), et. al.,

3) PLAINTIFF(S):
UNITED STATES OF AMERICA, et. al., ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

4) FACTS

IN THE MONTH AND YEAR OF JUNE OR JULY OF 2023, MARK ZUCKERBERG, ELON MUSK, MEDIA, NEWS, ETC. HAD A CONTEST, CHALLENGE, BET, ETC. WORLD WIDE MUSK VS. ZUCKERBERG. I PUT TOWARDS IN APRIL AND MAY OF 2023 $200,000,000,000.00 A PIECE FOR META, FACEBOOK, INSTAGRAM, SPACE X, GOOGLE, BYTEDANCE AND INTERCONTINENTAL EXCHANGE WITH $486,000,000,000.00 A PIECE FOR VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER IN CIRCULATIONS, ETC. UNDER CUSTOMERS PROTECTION ACT, ETC. NOW, MARK ZUCKERBERG HAS PLATFORM CALLED; "THREADS" AND ELON MUSK MADE IT PUBLIC OR PRIVATE THAT MARK ZUCKERBERG, ETC. WAS CHEATING WITH THE NEW APP CALLED; "THREADS", META, FACEBOOK, WHAT'S APP, ETC. AND A LOT OF DETAILS WAS WITHHELD FROM AND I BECOME UNCONSCIOUS, MISLEAD, ETC. THROUGH THE CONTEST, PURCHASE, INVESTMENTS, PUBLIC AND PRIVATE AFFAIRS, ETC. 26 USCS 6802.(2), 6803.(a)(b), 6806., 1017. (3)(c); 12 USCS 635. et. seq., 626, 604, 225A. —(EXHIBIT) #A

5) LEGAL CLAIMS:
BLUE SKY LAW, INVESTMENT ADVISOR(S) ACT OF 1940, MARK-TO-MARKET ACCOUNTINGS, ONE PRICE LAW, 3 USCS 281; 28 USCA 960.(a), 1656., 1642, 1695, 1731, 1732, 1741., 51 USCS 10101.(1)(2), INVESTMENT COMPANY ACT OF 1940, 20102.(a)(b), 20131; TELECOMMUNICATION ACT OF 1996; AMERICANS WITH DISABILITIES ACT OF 1940; UNIFORM PARTNERSHIP ACT, COMMUNITY REINVESTMENT ACT, REVENUE ACT OF 1913, 28 USCA 2007.(a)(b); SECOND CHANCE ACT OF 2007