UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES D. LEWIS, et al.,
UNITED STATES OF AMERICA, et. al.,
Plaintiff,

v.

MARK ZUCKERBERG, et al.,
Defendant(s).

CASE NUMBER 2023-CV-04143-LB

PRISONER'S APPLICATION AND
DECLARATION TO PROCEED
IN FORMA PAUPERIS

**FILED**
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, (print your name) U.S.A.; JAMES D LEWIS, et. al., declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following questions:

1. Are you presently employed in prison? ☑ Yes ☐ No

   The number of hours you work per week: 50 PLUS   The hourly rate of pay: 0.17¢ TO 0.25¢

2. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or self-employment                              $18,100,000,000,000.00 PLUS
   b. Income from rent, interest or dividends                              $18,100,000,000,000.00 PLUS
   c. Pensions, annuities or life insurance payments                       $18,100,000,000,000.00 PLUS
   d. Disability, Social Security or other government source               $18,100,000,000,000.00 PLUS
   e. Gifts or inheritances                                                $18,100,000,000,000.00 PLUS
   f. Describe any other source of income: METHODS OF ACCOUNT, ETC.        $18,100,000,000,000.00 PLUS
      CIV. PROC. RULE 67.(A) EXHIBIT #A

3. List the amount for each of the following (include prison account funds):

   Cash on hand $ 0.20¢    Checking account $ 18.1 TRIL. PLUS    Savings account $ 18.1 TRIL. PLUS

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If Yes, describe the property and state its approximate value:

   ☑ Yes  28 USCA §60.(4), 1731, 1732, 1744, 1656, 1652, 1645.; 26 USCS §321, 6802.(2), 6803.(A)(b), 6806, 1017.(3)(c); 12 USCS 235.A, 626, 635. et seq.; 31 USCS 101, 102, 103, 1306.(A), 3343.(b), 3544.      $ 18.1 TRIL. PLUS

   ☐ No    EXHIBIT #A

*Prisoner IFP, rev. 4/6/2023*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5. Do you have any other assets?

   If Yes, list the asset(s) and the approximate value:

   ☑ Yes   INTANGIBLE ASSETS, NET ASSETS, ETC.    $ 28.2 TRIL, PLUS

   ☐ No

6. Does anyone depend upon you for financial support?

   If Yes, state their relationship to you, and indicate how much you contribute towards their support each month. Use initials (not names) to refer to minor children.

   ☑ Yes   MYSELF, AFRICA, UNITED NATIONS, U.S.A., et al, SUI JURIS/PROXY/DE JURE GOVERNMENT/28 USCA 414.    $ 28.2 TRIL PLUS

   ☐ No

*This form must be dated and signed below for the court to consider your application.*

   I hereby authorize the institution having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the court. Additionally, once eligibility is established, I further authorize the institution having custody of me to collect from my trust account and forward to the court payments in accordance with 28 U.S.C. § 1915(b)(2).

   _____/U.S.A., et al,     B-52322     8-27-2023 / 9/4/2023
   Signature of Plaintiff/Petitioner     Inmate Number     Date

*BRACKET CREEP, HOT MONEY AT I.D.O.C., ETC.*
CERTIFICATION FOR PRISONERS *NOT* IN CDCR CUSTODY

CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT
(to be completed by authorized officer)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing the transactions of _____ for the last six months at
                          PRISONER'S NAME
_____, where (s)he is confined.
NAME OF NON-CDCR INSTITUTION

_____     _____     _____
Signature of Authorized Officer     Officer's Name (printed)     Date

*Prisoner IFP, rev. 4/6/2023*

EXHIBIT 1 OF 1
#A

CASE NO. 2023-CV-04143-LB

TO: OFFICE OF THE CLERK, ATTENTION: 28 USCA 960.(a), 1731 AND RULE 67.(a), U.S. DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, ROOM 2112 - SAN JOSE, CA 95113-3095; DIXON CORRECTIONAL CENTER - TRUST FUND OFFICE, ATTENTION: 730 ILCS 5/3-4-1.(a), 28 USCA 960.(a), 1731 AND RULE 67(a), C/O U.S.A; JAMES D. LEWIS, B-52327, 2600 NORTH BRINTON AVE. - DIXON, IL 61021-9532 (815) 288-5561 FOR LEGAL CALLS OR VISITS -

FROM: KING/SUI JURIS/PROXY/DE JURE GOVERNMENT/MONARCHISM, ETC. JAMES D. LEWIS A.K.A. JAMES OBAMA, B-52327, 2600 NORTH BRINTON AVE. DIXON, IL 61021-9532 (815) 288-5561 FOR LEGAL CALLS OR VISITS -

SUBJECT: DRAFTS, VOUCHERS, U.C.C. 1-201.(i)(2), 2-202, 1-203, 5-103.(d). -

DATE: 8-27-2023/ 9/4/2023 (LETTERS PATENT, INTELLECTUAL PROPERTIES, ETC.). I AM UNDER AUDITS, ETC. AT THE U.S. DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICES @ SEC YELLEN, (202) 622-2000 AND I HAVE REVENUE, ETC. AT STATE OF ILLINOIS DEPARTMENT OF REVENUE (IDOR) JULY 15, 2022 - LETTER ID: L0066728072, REPORTING PERIOD: DECEMBER 2021, ILLINOIS DEPARTMENT OF REVENUE, ANTI-FRAUD UNIT, PO BOX 19049 - SPRINGFIELD, IL 62794-9049 (217) 782-3336 AND INTERNAL REVENUE SERVICE, C/O OFFICE OF ONLINE SERVICES, CHIEF FINANCIAL OFFICER, IRS HUMAN CAPITAL OFFICER, ETC. 1111 CONSTITUTION AVE. NW - WASHINGTON, DC 20224, ETC. I WOULD LIKE TO DEPOSIT, PAY, ETC. THE $402.00 FILING FEE THROUGH ABOVE DEPARTMENTS, ETC. UNDER 28 USCA 960.(a), 1656., 1692., 1695., 1731, 1732., 1941.; 26 USCS 6802.(2), 6803.(a)(b), 6806, 1017.(3)(c), 6321., ETC. I WOULD LIKE TO ESTABLISH A LINE OF CREDIT, VOUCHERS, DRAFTS, ETC. THE AMOUNT OF $1,000,000,000.00 FOR ALL PURPOSES, ETC. THROUGH CHECKS, CREDITS, ETC. U.C.C. 5-103.(d). - CONTINGENCY FEES, ETC. 730 ILCS 5/3-12-5, 730 ILCS 5/3-4-1.(a), IN 31 USCS 5115, COINAGE, ETC.