JAMES D. LEWIS
B-52327
2600 NORTH BRENTON AVE,
DIXON, IL 61021-4532

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

US POSTAGE $000.63
AUG 28 2023
ZIP 61021

LEGAL
MAIL

OFFICE OF THE CLERK, Room 2112
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
230 SOUTH FIRST STREET
SAN JOSE, CA 95113-3095