**FILED**

SEP 06 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG,<br><br>        Defendant. | Case No. 23-cv-04143-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐    **Consent to Magistrate Judge Jurisdiction**

     In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☑    **Decline Magistrate Judge Jurisdiction**  EXHIBIT #A

     In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATE: 8-27-2023    9/1/2023

AT: U.S.A. / Dixon Correctional Center   U.S.A.
(Write place where signed.)

NAME: U.S.A. / JAMES D. LEWIS

Signature

Rev. 03-20