UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ZUCKERBERG, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-04143-JSC<br><br>**JUDGMENT** |

A judgment of dismissal is entered.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge